# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2021

Bridget M. McCormack,
Chief Justice

161097 & (16)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                  SC:  161097
                                  COA:  351450
                                  Wayne CC:  98-002820-FC

GARY JACKSON,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 24, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021

b0113

Clerk